# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| DIANE ONOFRIO GRAHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>*Acting Commissioner of the Social* )<br>*Security Administration,* )<br>)<br>Defendant. ) | Case No. CV614-102 |

## ORDER

In accordance with the Court's instructions, Graham has corrected certain deficiencies in her pleadings. (Doc. 4 (complaint addendum identifying the date upon which the Commissioner's decision became final); doc. 3 (order explaining the complaint's deficiency in that regard).) As a litigant proceeding *in forma pauperis*, (doc. 3.), she is "not responsible for the service of process. *See* 28 U.S.C. § 1915(d) ('The officers of the court shall issue and serve all process[.]'); *Byrd v. Stone*, 94 F.3d 217, 219 (6th Cir. 1996) ('the court is obligated to issue plaintiff's process to a United States Marshal who must in turn effectuate service upon the defendants . . . once reasonable steps have been taken to

identify for the court the defendants names in the complaint'). . . . ." *Crock v. Astrue*, 332 F. App'x 777, 778 (3rd Cir. 2009). Pursuant to Fed. R. Civ. P. 4(c)(3), then, the Clerk is **DIRECTED** to submit plaintiff's complaint to the United States Marshal for service upon the Commissioner.

**SO ORDERED** this 9TH day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA