# United States District Court
## *Southern District of Georgia*

DIANE ONOFRIO GRAHAM,

    Plaintiff,

                **v.**

CAROLYN COLVIN, Acting Commissioner of Social
Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV614-102

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 19, 2016, the Report and

Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

this case is DISMISSED and stands CLOSED.



December 19, 2016
*Date*

Scott L. Poff
*Clerk*

*(By)* Deputy Clerk